UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

WILLIAM W. BLEVINS											500 POYDRAS ST., ROOM C-151
CLERK														NEW ORLEANS, LA  70130

July 6, 2016

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

        RE: Walter Bradix, IV
             v.
        Advance Stores Company, Inc.
          Civil Action No. 2:16cv4902 "E"(3)
          Your No. 16-3839 C-10

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on July 5, 2016 remanding the above-entitled case to your court.

Very truly yours,

WILLIAM W. BLEVINS, CLERK

By: /s/ Brad W. Newell
       Deputy Clerk

Enclosure